## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAN JONAS CHARLES, | No. 4:26-CV-00873 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| ANGELA HOOVER, *et al.*, | |
| Respondents. | |

## ORDER

### APRIL **28, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Charles' 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2. The Government **SHALL** provide Charles with an individualized bond hearing, in accordance with the applicable regulations governing bond hearings under 8 U.S.C. § 1226(a), on or before Tuesday, May 12, 2026. If such a bond hearing is not provided by that date, the Government shall release Charles on his own recognizance pursuant to 8 U.S.C. § 1226(a);

3. Charles' motion to expedite (Doc. 8) is **DENIED** as moot; and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge