**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JEAN JONAS CHARLES,<br><br>Petitioner,<br><br>v.<br><br>ANGELA HOOVER, *et al.*,<br><br>Respondents. | No. 4:26-CV-00873<br><br>(Chief Judge Brann) |

**ORDER**

**OCTOBER 6, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Jean Jonas Charles's motion to enforce the judgment (Doc. 11) is **GRANTED**;
2. Charles's motion to expedite (Doc. 14) is **DISMISSED** as moot;
3. The Government **SHALL** release Charles from custody within 48 hours of the date of this Order;
4. The Government shall not arrest, detain, or otherwise take Charles into custody on the basis of his immigration status for a period of at least fourteen days following his release from custody; and
5. Should Charles be redetained pursuant to § 1226(a), the Government shall provide him with an individualized bond hearing comporting with

due process as soon as reasonably practicable at which the Government shall bear the burden of proof by clear and convincing evidence; and

6. Respondents shall file a certification with the Court on or before Tuesday, October 13, 2026, confirming that Charles has been released from custody.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge